UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                            CHAPTER 7 CASE

Scott Carruthers                        CASE NO. 10-45251
Heather Carruthers
                                            ORDER

                     Debtors.

_____

        This case came before the court on the motion of U.S. Bank N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

        1.       The movant, its assignees and successors in interest are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 11, 2008, executed by Scott R. Carruthers And Heather M Carruthers, husband and wife, recorded on April 18, 2008, as Document No. 561115, covering real estate located in Kandiyohi County, Minnesota, legally described as:

Lot 2, Block 1, Eagles Landing Phase II, According to the Map or Plat thereof on File or of Record in the Office of the County Recorder In and for Kandiyohi County, Minnesota.
And commonly known as 3335 Eagle Ridge Drive W, Willmar, Minnesota 56201-8753

and may pursue its remedies under state law in connection with the mortgage deed.

        2.       Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 30, 2010

                                                    /e/ Robert J. Kressel
                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **09/30/2010**
Lori Vosejpka, Clerk, by LMH